# Exhibit 1

Document ID: 98749c9fd1bd3e99d261b8edb7825f6f262a56a3
Generated on: March 14, 2025
Signed On: https://www.digitalfamilyoffice.io/

## AFFILIATE AGREEMENT

This Affiliate Agreement ("***Agreement***") is entered into as of <u>March 14, 2025</u> by and between Digital Family Office LLC (the "***Company***"), and <u>Entrepreneur Exposed LLC</u> ("***Affiliate***") (collectively, the "***Parties***").

The purpose of this Agreement is to set forth the terms and conditions under which the Affiliate will promote the Company's LLC formation and business services and receive compensation for successful referrals using a unique discount code.

1. DEFINITIONS.

   a. Referred Client: A "Referred Client" is any individual or entity introduced to the Company by the Affiliate as a potential client.

   b. Paid Client: A "Paid Client" is a Referred Client who has officially purchased the Company's services and for whom the Company has received payment.

2. SCOPE OF SOLICITATION ACTIVITIES. Affiliate agrees to:

   a. Promote the Company's LLC formation and business services in a lawful and ethical manner.

   b. Use the unique affiliate code provided by the Company for referrals.

   c. Not make any false or misleading claims about the Company's services.

   d. The Company will provide the Affiliate with a unique affiliate code that entitles referred Affiliates to a 50% discount off the standard LLC formation charge of $3,000 (the "Discounted Fee").

   e. The discounted price for referred Affiliates using the code will be $1,500.

   Affiliate acknowledges and agrees that they will not provide investment advice to potential clients on behalf of Digital Family Office LLC.

3. COMPENSATION. The Company agrees to pay the Affiliate a flat, one-time fee of $400 USD for each LLC that is formed as a result of a Referred Client becoming a Paid Client of the Company through their affiliate code. Payment shall be made on a monthly basis on the 15th calendar day of each month, with the first payment occurring thirty (30) days after the initial payment is received by the Paid Client.

4. REPORTING AND TRACKING.

   a. The Company will provide the Affiliate with access to a tracking system or regular reports to monitor the use of the affiliate code and the status of referred Affiliates.

   b. A Referred Client becomes a Paid Client once the Company has received full payment from that client for the Company's services, at which point the Affiliate becomes entitled to compensation under this Agreement.

5. INDEMNIFICATION.

   1. Affiliate's Indemnification. The Affiliate shall indemnify, defend, and hold harmless Digital Family Office LLC, its officers, directors, employees, agents, and affiliates (collectively, the "Company Indemnified Parties") from and against any and all claims, losses, liabilities, costs, or expenses (including reasonable legal fees) arising out of or related to:

      1. The Affiliate's promotional activities under this Agreement;



Document ID: 98749c9fd1bd3e99d261b8edb7825f6f262a56a3
Generated on: March 14, 2025
Signed On: https://www.digitalfamilyoffice.io/

2. Any misrepresentations made by the Affiliate; or

3. Any violation of laws or regulations by the Affiliate in connection with the promotion of Digital Family Office LLC's services.

2. **Company's Indemnification.** Digital Family Office LLC shall indemnify, defend, and hold harmless the Affiliate, its officers, directors, employees, agents, and affiliates (collectively, the "Affiliate Indemnified Parties") from and against any and all claims, losses, liabilities, costs, or expenses (including reasonable legal fees) arising out of or related to:

1. The Company's business operations or services provided under this Agreement;

2. Any misrepresentations made by the Company; or

3. Any violation of laws or regulations by the Company in connection with its performance of this Agreement.

6. **MISCELLANEOUS.**

a. **Survival.** Notwithstanding anything to the contrary herein, the provisions of this Agreement which give the Parties rights beyond termination or expiration of this Agreement shall survive any termination or expiration of this Agreement, including, without limitation, this Section 5 and Sections 1 through 4.

b. **ARBITRATION.** THE PARTIES AGREE THAT ANY CONTROVERSY OR CLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR THE BREACH THEREOF, SHALL BE SETTLED IN ACCORDANCE WITH WYOMING STATE LAW. THE PLACE OF ARBITRATION SHALL BE IN WYOMING. JUDGMENT ON THE AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED IN ANY COURT HAVING JURISDICTION THEREOF.

c. **Severability.** If any provision of this Agreement, or the application thereof, is determined by a court of competent jurisdiction to be invalid or unenforceable, the remaining provisions of this Agreement shall be interpreted so as best to reasonably effect the intent of the Parties. The Parties further agree to replace any such invalid or unenforceable provisions with valid and enforceable provisions designed to achieve, to the extent possible, the business purposes and intent of such invalid and unenforceable provisions.

d. **Entire Agreement.** This Agreement hereto constitutes the entire agreement between the Parties with respect to the onboarding fee and preliminary custody arrangements and supersede all agreements and understandings, whether written or oral, between the Company and Digital Family Office LLC with respect to this specific subject matter made prior to the date hereof. There are no representations, warranties, understandings, or agreements relating to the subject matter hereof that are not fully expressed in this Agreement. No amendment, modification, waiver, or discharge of this Agreement shall be valid unless in writing and signed by an authorized representative of the party against whom such amendment, modification, waiver, or discharge is sought to be enforced.

e. **Governing Law.** This Agreement, along with any disputes arising out of or in connection with this Agreement, shall be governed by and construed in accordance with the laws of the State of Wyoming. The parties unconditionally submit to the exclusive jurisdiction of the courts located in the State of Wyoming to adjudicate any disputes arising out of or in connection with this Agreement.

f. **No Waiver.** No waiver or failure to exercise any option, right or privilege under the terms of this Agreement by either of the Parties hereto on any occasion or occasions shall be construed to be a waiver of the same on any other occasion or of any other option, right or privilege.

g. **Assignment; Successors and Assigns.** Neither party may assign or transfer its rights or obligations under this Agreement without the prior written consent of the other party, except that



Document ID: 98749c9fd1bd3e99d261b8edb7825f6f262a56a3
Generated on: March 14, 2025
Signed On: https://www.digitalfamilyoffice.io/

Digital Family Office LLC may assign its rights hereunder to an affiliate or in connection with a merger, consolidation, or sale of substantially all of its assets.

h. **Third Parties.** This Agreement is entered into solely by and between, and may be enforced only by, Company and Digital Family Office LLC; this Agreement shall not be deemed to create any rights in third parties, including, without limitation, employees, suppliers, companies, or affiliates of a party, or to create obligations of a party to any such third parties.

i. **Counterparts.** This Agreement may be executed in any number of counterparts with the same effect as if all of the Parties signed the same copy. All counterparts will be construed together and will constitute one agreement. This Agreement may be executed through the use of an electronic signature in accordance with the Electronic Signatures in Global and National Commerce Act, the Uniform Electronic Transaction Act, and any applicable state law. Any document accepted, executed or agreed to in conformity with such laws will be binding on each party as if it were physically executed.

j. **Headings for Reference Only.** The headings of sections and paragraphs herein are included solely for convenience of reference and shall not control the meaning or interpretation of any of the provisions of this Agreement.

k. **No Presumption Against Draftsman.** Each of the undersigned parties hereby acknowledges the undersigned parties fully negotiated the terms of this Agreement, that each such party had an equal opportunity to influence the drafting of the language contained in this Agreement, and that there shall be no presumption against any such party on the ground that such party was responsible for preparing this Agreement or any part hereof.

**IN WITNESS WHEREOF**, both parties acknowledge and accept the terms set forth in this Agreement.

**AFFILIATE:**

By: **Entrepreneur Exposed LLC**

Date: March 14, 2025

X ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Signed By Zachary Rector
Signed On: March 14, 2025

X *Jake Claver* ~~~~~~~~~~~~~~~~~~~
Signed By Jake Claver
Signed On: February 20, 2025



# Signature Certificate

Document name: Affiliate Agreement - Zachary Rector

🔒 Unique Document ID: 98749C9FD1BD3E99D261B8EDB7825F6F262A56A3



LEGALLY SIGNED USING
**WP**esignature
Build. Track. Sign Contracts.



Zachary Rector
Party ID: 7771e108-a3a1-40ef-afe6-4b0468ca6951
IP Address: 73.11.201.247

Digital Signature:



| Multi-Factor **Digital Fingerprint Checksum** | 732a9857b728bb2c48457555ac801e22 | |||||||||| |

| Timestamp | Audit |
|-----------|-------|
| March 14, 2025 12:39 pm CDT | Affiliate Agreement - Zachary Rector Uploaded by Jake Claver - info@digitalfamilyoffice.io IP 64.137.181.128 |
| March 14, 2025 12:39 pm CDT | Document signed by Zachary Rector - zach@zachrector.com IP 73.11.201.247 |
| March 14, 2025 12:39 pm CDT | Jake Claver - jake@digitalfamilyoffice.io added by Jake Claver - info@digitalfamilyoffice.io as a CC'd Recipient Ip: 64.137.181.128 |
| March 14, 2025 12:39 pm CDT | Max Avery - max@digitalfamilyoffice.io added by Jake Claver - info@digitalfamilyoffice.io as a CC'd Recipient Ip: 64.137.181.128 |
| March 14, 2025 12:39 pm CDT | The document has been signed by all parties and is now closed. |



This audit trail report provides a detailed record of the online activity and events recorded for this contract.

Page 4 of 4