HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB CLAVER, DIGITAL ASCENSION GROUP, LLC, and DIGITAL WEALTH PARTNERS, LLC,<br><br>         *Plaintiffs*,<br><br>    v.<br><br>ZACH RECTOR, ENTREPRENEUR EXPOSED, LLC and CALEB AND BROWN PTY LTD,<br><br>         *Defendants*. | No. 2:26-cv-00084-KKE<br><br>STIPULATED MOTION FOR ORDER EXTENDING TIME FOR DEFENDANT CALEB AND BROWN PTY LTD. TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>April 23, 2026 |

**STIPULATION**

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Jacob Claver; Digital Ascension Group, LLC; and Digital Wealth Partners, LLC ("Plaintiffs"), by and through the undersigned attorneys, and Defendant Caleb and Brown Pty Ltd. ("C&B," or, collectively with Plaintiffs, the "Parties"), by and through the undersigned attorneys, jointly stipulate and move for an order extending the deadline for C&B to respond to Plaintiffs' Amended Complaint, ECF No. 9 (the "Complaint") by thirty days. The Parties agree that Defendant shall have up to and including June 1, 2026, to respond to the Complaint.

STIPULATED MOTION FOR ORDER EXTENDING TIME
FOR DEFENDANT CALEB AND BROWN PTY LTD. TO
RESPOND TO COMPLAINT - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

The Parties agree there is good cause to grant this stipulated extension under Local Civil Rule 10(g) based on the recent appearance of C&B's undersigned counsel and to conserve judicial resources and the Parties' resources.  Granting this brief extension will not affect any other dates or schedules previously set by the Court.  In stipulating to this extension, the Parties reserve and do not waive any rights, claims, remedies, or defenses, including but not limited to lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, and misjoinder or non-joinder.

DATED this 23rd day of April, 2026.

CAIRNCROSS & HEMPELMANN, P.S.

SHEPPARD MULLIN RICHTER & HAMPTON LLP


*/s/ Ana-Maria Popp*
Ana-Maria Popp, WSBA No. 39614
Email: apopp@cairncross.com
Patricia A. Laughman, WSBA No. 46716
Email: plaughman@cairncross.com
Christopher M. Schafbuch, WSBA No. 50271
Email: cschafbuch@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
*Attorneys for Defendant Caleb and Brown Pty Ltd.*

*/s/ Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Email: RGuite@sheppardmullin.com
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 774-3176
Facsimile: (415) 403-6014
*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ORDER EXTENDING TIME FOR DEFENDANT CALEB AND BROWN PTY LTD. TO RESPOND TO COMPLAINT - 2

**ORDER**

IT IS SO ORDERED.

Dated this 24th day of April, 2026.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.


/s/ Ana-Maria Popp
Ana-Maria Popp, WSBA No. 39614
Email: apopp@cairncross.com
Patricia A. Laughman, WSBA No. 46716
Email: plaughman@cairncross.com
Christopher M. Schafbuch, WSBA No. 50271
Email: cschafbuch@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
*Attorneys for Defendant Caleb and Brown Pty Ltd.*


SHEPPARD MULLIN RICHTER
    & HAMPTON LLP


/s/ Robert J. Guite
Robert J. Guite, WSBA No. 25753
Email: RGuite@sheppardmullin.com
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 774-3176
Facsimile: (415) 403-6014
*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ORDER EXTENDING TIME
FOR DEFENDANT CALEB AND BROWN PTY LTD. TO
RESPOND TO COMPLAINT - 3