UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JACOB CLAVER, DIGITAL ASCENSION GROUP, LLC, and DIGITAL WEALTH PARTNERS, LLC, | Case No. 26-cv-00084-KKE |
| Plaintiffs, | **ORDER GRANTING MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR *PRO HAC VICE ADMISSION*** |
| v. | |
| ZACH RECTOR, ENTREPRENEUR EXPOSED, LLC, and CALEB AND BROWN PTY LTD. | |
| Defendants. | |

Upon consideration of the Motion to Waive Physical Office Requirement in LCR 83.1(d) and the supporting Declaration of Robert J. Guite, having received no opposition, and for good cause shown:

**IT IS ORDERED** that the motion to waive the physical office requirement contained in LCR 83.1(d) is **GRANTED** such that Mr. Guite may sponsor pro hac vice admissions.

ORDER GRANTING MOTION TO
WAIVE PHYSICAL OFFICE
REQUIREMENT FOR PRO HAC VICE
ADMISSION - 1
Case No. 26-cv-00084-KKE

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 FAX: 415.434.3947

Dated this 8th day of June, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

By:      /s/ *Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Attorney for Plaintiffs

ORDER GRANTING MOTION TO
WAIVE PHYSICAL OFFICE
REQUIREMENT FOR PRO HAC VICE
ADMISSION - 2
Case No. 26-cv-00084-KKE

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 FAX:  415.434.3947