The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB CLAVER, DIGITAL ASCENSION GROUP, LLC, and DIGITAL WEALTH PARTNERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ZACH RECTOR, ENTREPRENEUR EXPOSED, LLC, and CALEB AND BROWN PTY LTD.<br><br>Defendants. | No. 2:26-cv-00084-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>October 5, 2026 |

Plaintiffs Jacob Claver, Digital Ascension Group, LLC, and Digital Wealth Partners, LLC, and Defendants Zach Rector, Entrepreneur Exposed, LLC, and Caleb and Brown Pty Ltd (collectively the "Parties") stipulate and move for an order extending the deadlines for (1) Plaintiffs to respond to Defendants Rector and Entrepreneur Exposed, LLC's Motion for Fees, Dkt. No. , and (2) Defendants to respond to Plaintiffs' Second Amended Complaint, Dkt. No. ("SAC"). In support of this request, the Parties state as follows:

**STIPULATION**

1. On September 2, 2026, the Court granted Defendants' respective Motions for Judgment on the Pleadings, and provided that Plaintiffs may file their SAC and Defendants Rector and Entrepreneur may move for their fees by September 23, 2026. *See* Dkt. No. 48.

2. On September 22, 2026, Defendants Rector and Entrepreneur filed their Motion for Fees, which requires Plaintiffs' response by October 7, 2026. Dkt. No. 49.

3. On September 23, 2026, Plaintiffs filed their SAC, which requires Defendants' response by October 7, 2026. Dkt. No. 52.

4. The Parties have conferred over mutual scheduling issues and stipulate that good cause exists to continue the following deadlines, *see* Fed. R. Civ. P. 6(b)(1)(A), which will not affect any other deadline:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs' Response to Motion for Fees | 10/7/2026 | **10/16/2026** |
| Deadline for Defendants Rector and Entrepreneur Reply ISO Motion for Fees | 10/13/2026 | **10/26/2026** |
| Deadline for Defendants' Response to Plaintiffs' SAC | 10/7/2026 | **11/4/2026** |

Based on the foregoing good cause, the Parties jointly request that the Court grant a modest extension of those deadlines.

Stipulated to this 5th day of October, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants Zach Rector, Entrepreneur Exposed, LLC*

By *s/ Caesar Kalinowski IV*
Eric Stahl, WSBA #27619
Caesar Kalinowski IV, WSBA #52650
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Tel.: (206) 757-8068
Email: ericstahl@dwt.com
Email: caesarkalinowski@dwt.com

CAIRNCROSS & HEMPELMANN, P.S.
*Attorneys for Caleb and Brown Pty Ltd.*

By: *s/ Rochelle Y. Doyea*
Ana-Maria Popp, WSBA No. 39614
Email: apopp@cairncross.com
Patricia A. Laughman, WSBA No. 46716
Email: plaughman@cairncross.com
Rochelle Y. Doyea, WSBA No. 48175
Email: rdoyea@cairncross.com
Christopher M. Schafbuch, WSBA No. 50271
Email: cschafbuch@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Tel.: (206) 587-0700
Fax: (206) 587-2308

SHEPPARD MULLIN RICHTER & HAMPTON LLP
*Attorneys for Plaintiffs*

By: *s/ Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
Tel. (415) 774-3176
Fax (415) 403-6014
Email: RGuite@sheppardmullin.com

Benjamin G. Chew (*pro hac vice*)
Andrew C. Crawford (*pro hac vice*)
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006-6801
Tel. (202) 747-1862
Fax (202) 747-3912
Email: BChew@sheppardmullin.com
Email: ACrawford@sheppardmullin.com

**ORDER**

After reviewing the parties' stipulated motion (Dkt. No. 53), and finding good cause, the Court GRANTS the motion. The deadline for Plaintiffs to respond to Defendants Rector and Entrepreneur's Motion for Fees is extended to October 16, 2026, the deadline for Defendants Rector and Entrepreneur's Reply in support of their Motion for Fees is extended to October 26, 2026, and the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint is extended to November 4, 2026. The Clerk is directed to re-note the Motion for Fees (Dkt. No. 49) to October 26, 2026.

SO ORDERED this 6th day of October, 2026.

Kymberly K. Evanson
United States District Judge